UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff,

CASE NO. 12-20901-CR-DIMITROULEAS

vs.

CRAIG STANLEY TOLL

Defendant

### ORDER GRANTING CONTINUANCE

This matter having come before the Court on Defendants' Motion for continuance. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing June 24, 2013 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called.

**COUNSEL AND DEFENDANT(S)** shall report to a Calendar Call to be held on FRIDAY, June 21, 2013, at 9:00 a.m. o'clock. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 5th day of April, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:  Lois Foster-Steers, AUSA
     Richard Sharpstein, Esq.
     Ari Gerstin, Esq.