UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMEIRCA,　　　　　　　CASE NO.  12-20901-CR-DIMITROULEAS

　　　Plaintiff,

vs.

CRAIG STANLEY TOLL,

　　　Defendant.
_____/

### **O R D E R**

THIS CAUSE is before the Court on the Trustee and Receiver's April 5, 2013 Motion to Quash Subpoena [DE-86]. On April 5, 2013, this Court continued the criminal trial until June 24, 2013[1].

Wherefore, the Motion to Quash [DE-86] is Denied, as Moot, without prejudice to renew should another subpoena be issued for the June 24, 2013 trial date.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of April, 2013.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] The Court also gave Mr. Osorio until April 19, 2013 to file objections or a privilege log for this court's consideration.

Copies furnished to:

Evelyn Baltodano-Sheehan, AUSA
Humberto Dominguez, Esquire
Zelijka Bozanic, Esquire
Richard Sharpstein, Esquire
Ari Gerstin, Esquire

Michael S. Budwick, Esquire
200 S. Biscayne Boulevard, #3200
Miami, FL 33131