UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL TRIAL MINUTES FOR JUDGE WILLIAM P. DIMITROULEAS

Date: July 8, 2013    Day # 9    Case No. 12-20901

Courtroom Deputy: **Karen Carlton**    Court Reporter: _____

**UNITED STATES OF AMERICA**

VS.

Craig Stanley Toll

Interpreter: _____

GOVERNMENT ATTORNEY:
Lois Foster-Steers
Kim Selmore

DEFENDANT'S ATTORNEY:
Richard Sharpstein
Ari Gerstin

Government's Case in Chief continued.

Trial Continued until 7/9/13    At 9:45 A.M.

Time in Court: 6 hrs 15 min